# UNITED STATES DISTRICT COURT
## FOR THE
### NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

**AFFIDAVIT OF COMPLAINT (OR INDICTMENT) IN REMOVAL PROCEEDINGS**

| | |
|---|---|
| UNITED STATES OF AMERICA </br> v. </br> RASSBERRY MOORE | ) </br> ) </br> ) </br> ) </br> )    CASE NUMBER: **MAGISTRATE JUDGE BROWN** </br> **08 CR 3** |

The undersigned Affiant personally appeared before <u>GERALDINE SOAT BROWN</u>, a United States Magistrate Judge, and being duly sworn on oath, states: That at the <u>EASTERN DISTRICT MISSOURI</u>, one <u>RASSBERRY MOORE</u>, was charged in an Indictment with violations of <u>Sections 1028A, 1028(a)(7), 1029(a)(3)</u> of the United States Code, Title <u>18</u>; and <u>Section 408(a)(7)(B)</u> of the United States Code, Title <u>42</u>; and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant (*see* Exhibit A - Warrant for Arrest and Indictment).

Wherefore, Affiant prays that the defendant be dealt with according to law.

*(signature)* </br>
William Kewell </br>
Secret Service

Subscribed and Sworn to before me this </br>
3rd day of <u>January</u>, 2008.

**FILED** </br>
JAN - 3 2008 </br>
MICHAEL W. DOBBINS </br>
CLERK, U.S. DISTRICT COURT

*(signature)* </br>
GERALDINE SOAT BROWN </br>
United States Magistrate Judge

AUSA Lindsay C. Jenkins </br>
312-353-0962

# United States District Court

### EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

V.

RASSBERRY MOORE

## WARRANT FOR ARREST

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

**4:07CR00725  CEJ/MLM**

YOU ARE HEREBY COMMANDED to arrest RASSBERRY MOORE and bring the defendant forthwith to the nearest magistrate to answer an Indictment charging the defendant with

Aggravated Identity Theft, Identity Theft, Possession of 15 or More Access Devices, Social Security Fraud

in violation of Title 18, United States Code, Section(s) 1028A, 1028(a)(7), 1029(a)(3) and Title 42, United States Code, Section 408(a)(7)(B).

| JAMES WOODWARD | Clerk, United States District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature: James Woodward]* | November 29, 2007, St. Louis, Missouri |
| Signature of Issuing Officer | Date and Location |
| *[signature]* | by |
| (By) Deputy Clerk | Name of Judicial Officer |

Detention

**COPY**

0844-1130-0396J

ORIGINAL ON FILE WITH
U.S. MARSHAL, EASTERN/MISSOURI

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
NOV 29 2007
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No.
)
RASSBERRY MOORE, )
)
Defendant. )

4:07CR00725 CEJ

## INDICTMENT

### COUNTS ONE THROUGH TWO

The Grand Jury charges that:

On or about February 21, 2007, in the counties listed below, within the Eastern District of Missouri,

**RASSBERRY MOORE,**

the Defendant herein, in a matter affecting interstate commerce, did knowingly possess and use, without lawful authority, a means of identification of another person, to wit, the social security number and name of the person listed below, during and in relation to the commission of the felony offenses of: social security fraud, Title 42, United States Code, Section 408(a)(7)(B); access device fraud, Title 18, United States Code, Section 1029(a)(2); and, transfer of a false identification document, Title 18, United States Code, Section 1028(a)(1),

| COUNT | DATE | COUNTY | INDIVIDUAL |
|---|---|---|---|
| 1 | 2/21/07 | CAPE GIRARDEAU | C.C.B. |

| 2 | 2/21/07 | ST. LOUIS | C.C.B. |
|---|---|---|---|

All in violation of Title 18, United States Code, Sections 1028(A) and 2.

## COUNT THREE

The Grand Jury charges that:

On or about February 21, 2007, in Cape Girardeau County within the Eastern District of Missouri,

**RASSBERRY MOORE,**

the Defendant herein, in a matter affecting interstate commerce, did knowingly possess and use, without lawful authority, a means of identification of another person, to wit, the name and social security number of C.C.B., during and in relation to the commission of the felony offenses of theft, Missouri Statutes 570.030 and forgery, Missouri Statutes 570.090.

In violation of Title 18, United States Code, Sections 1028(a)(7) and 2.

## COUNT FOUR

The Grand Jury charges that:

On or about February 21, 2007, in St. Louis County within the Eastern District of Missouri,

**RASSBERRY MOORE,**

the Defendant herein, knowingly and with intent to defraud possessed 15 or more unauthorized or counterfeit access devices, that is: social security numbers; drivers license numbers; and credit

account numbers.

In violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

### COUNT FIVE

The Grand Jury Charges:

On or about February 21, 2007, in Cape Girardeau County, in the Eastern District of Missouri,

**RASSBERRY MOORE,**

the Defendant herein, with the intent to deceive, falsely represented the social security number xxx-xx-5345 to be the social security numbers assigned by the Secretary to him when in fact such numbers were not the social security number assigned by the Secretary to him.

In violation of Title 42, United States Code, Section 408(a)(7)(B).

A TRUE BILL.

_____

CATHERINE L. HANAWAY
United States Attorney

*/s/ Tracy L Berry*
_____
TRACY L. BERRY, 508318
Assistant United States Attorney

3