# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0003 | DATE | 1/3/2008 |
| CASE TITLE | USA vs. Rassberry Moore | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Removal proceedings held. Defendant Rassberry Moore appears in response to arrest on 01/03/08. Defendant informed of his rights. Defendant waives identity hearing. The court finds defendant unable to afford counsel. Angela Lockett of the Federal Defender Panel is appointed as counsel for defendant for initial appearance and removal proceedings only. Government moves for pretrial detention. Detention hearing set for 01/08/08 at 2:30 p.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | NTF |
|---|---|---|