**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

FILED
JAN - 3 2008
MAGISTRATE JUDGE
GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

In the Matter of

U.S.A v. Rassberry Moore

Case Number: 08 CR 3

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR: 08 CR 3

Rassberry Moore

**(A)**
SIGNATURE: Angela Lockett
NAME: Angela Lockett
FIRM: Law Office of Standish Willis
STREET ADDRESS: 407 S. Dearborn, 1395
CITY/STATE/ZIP: Chicago, IL 60605
TELEPHONE NUMBER: (312) 554-0005
IDENTIFICATION NUMBER: 6284534
MEMBER OF TRIAL BAR? YES [X] NO [ ]
TRIAL ATTORNEY? YES [X] NO [ ]

**(B)**
(blank)

**(C)**
(blank)

**(D)**
(blank)

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.