# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23

IN UNITED STATES ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S.A. vs. Moore
FOR: AT JAN - 3 2008

MAGISTRATE JUDGE GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

PERSON REPRESENTED (Show your full name): Rassberry Moore

1 ☒ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE: ☒ Felony ☐ Misdemeanor

LOCATION NUMBER:

DOCKET NUMBERS:
Magistrate:
District Court: 08 CR 3
Court of Appeals:

FILED JAN - 3 2008

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
- Name and address of employer: ___
- IF YES, how much do you earn per month? $___
- IF NO, give month and year of last employment. How much did you earn per month $___
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month $___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $___

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $___

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE VALUE AND DESCRIBE IT $___

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: ___
- List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: Apt. Rent Mrs. Rodgers | $ | $575.00 |
| | $ | $ |
| | $ | $ |
| | $ | $ |

FILED 1-03 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Rassberry Moore  1-3-08

WARNING: A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT.