# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 0003 | **DATE** | 1/8/2008 |
| **CASE TITLE** | USA vs. Rassberry Moore | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government moves for removal in custody. Defendant agrees to removal in custody without prejudice to defendant's right to a detention hearing in the charging district. Order defendant removed in custody to the Eastern District of Missouri forthwith.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|