UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**         **OFFICE OF THE CLERK**
  **CLERK**                      January 18, 2008

Mr. James G. Woodward, Clerk
United States District Court
3.300 Thomas F. Eagleton
United States Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

**Re:**  USA v. Rassberry Moore - 08 CR 3

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

 _X_ Docket Sheet,              _X_ Order of Removal dated: 1/8/08
     Case No.: 08 CR 3

 _X_  Affidavit in Removal      ____ Final Commitment Proceedings

 _X_  Financial Affidavit       ____ Temporary Commitment

 ____ Order appointing counsel  ____ Order setting conditions of release

 ____ CJA 20 Form               ____ Detention Order

 _X_ Appearance form            ____ Appearance Bond

                                ____ Other(see docket for entries):


Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                Sincerely yours,

                                Michael W. Dobbins, Clerk


                                by: _____
                                  Marsha E. Glenn, Deputy Clerk