



FILED

JAN 2 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT