



**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

JAN 2 5 2008

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**MICHAEL W. DOBBINS,**
**CLERK**

**OFFICE OF THE CLERK**
January 18, 2008

Mr. James G. Woodward, Clerk
United States District Court
3.300 Thomas F. Eagleton
United States Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116



**F I L E D**
Feb 1, 2008 TG
FEB - 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Re:** USA v. Rassberry Moore - 08 CR 3

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet,<br>Case No.: 08 CR 3 | _X_ Order of Removal dated: 1/8/08 |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings |
| _X_ Financial Affidavit | ____ Temporary Commitment |
| ____ Order appointing counsel | ____ Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| _X_ Appearance form | ____ Appearance Bond |
| | ____ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by:
Marsha E. Glenn, Deputy Clerk